# United States District Court

FOR THE _____ DISTRICT OF __COLUMBIA__

FILED SEP 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Philander Butler,
    Petitioner,

V.

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **05 1798**

---

I, __Philander Butler__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Complaint to Compel Disclosure of Records from Drug Enforcement Administration (DEA) Regarding Four Informants.

In further support of this application, I answer the following questions.

1. Are you presently employed?      Yes [X]    No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   U.S.P. Pollock $51.00 a month.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes [ ]    No [X]
   b. Rent payments, interest or dividends?      Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?      Yes [ ]    No [X]
   d. Gifts or inheritances?      Yes [ ]    No [X]
   e. Any other sources?      Yes [X]    No [ ]

RECEIVED AUG 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Jerlean Butler (mother) $200.00; April Fleming (friend) $150.00; LaShunda Allen (friend) $200.00; and Patrick Rossell (friend) $50.00.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☒   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Philander Lashun Butler, Devion Butler, Philander Butler Jr., Porsha Butler, Arquavrs Butler, Demarcus Allen, Artavis Butler and Philarius Butler, are all my children. I contribute to their clothes, school supplies, money for good reports, birthdays, holidays, and etc., when I'm able.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 22, 2005_   _Philander Butler_
              (Date)                    Signature of Applicant

---

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein, has the sum of $ _$44.35_ on account to his credit at the _U.S.P Pollock, LA_ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _0_

I further certify that during the last six months the applicant's average balance was $ _$233.50_

_[signature]_   $71.08 per
Authorized Officer of Institution

---

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____  United States Judge    Date | _____  _____  United States Judge    Date or Magistrate |