UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILANDER BUTLER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.:  05-1798 (JDB) |
| ) | |
| **DRUG ENFORCEMENT ADMINISTRATION,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### **PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

/s/
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room 10-114
Washington, D.C.  20530
(202) 514-7220

Dated: October 18, 2005

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**PHILANDER BUTLER**
**#16665-076**
**U.S.P.- Pollock**
**Pollock, LA 71467**

on this 18th  day of October, 2005.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building, 10th Floor
Civil Division
555 4th Street, NW
Washington, D.C. 20530