UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILANDER BUTLER,**          ) | |
| ) | |
| **Plaintiffs,**          ) | |
| ) | |
| v.          ) | Civil Action No.:   05-1798 (JDB) |
| ) | |
| **DRUG ENFORCEMENT ADMINISTRATION,** ) | |
| ) | |
| **Defendants.**          ) | |
| ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, identified in the Complaint as the Drug Enforcement Administration, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").[1]  Defendant requests that the deadline for responding be extended one week, until November 28, 2005.  This is Defendant's second request for an enlargement of time in this case, and no scheduling order has been entered.  The grounds for this motion are set forth below.

This extension of time is needed due to the fact that agency counsel has been out of the office with an illness.  Counsel for Defendant has been diligently working on Defendant's dispositive motion and anticipated being able to file such motion prior to the current deadline.  However, due to agency counsel's illness and the upcoming Thanksgiving holiday, Defendant now needs the additional time to finalize its declaration in this case.  Defendant will then be able to submit its dispositive motion and attached exhibits.

---

[1]  Under 5 U.S.C. § 552(a)(4)(B) and (f)(1), the only proper defendant in this case is the United States Department of Justice.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

Because plaintiff, *pro se*, Philander Butler, is a federal prisoner, counsel for Defendant did not attempt to contact him concerning his position on this motion.[2]

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to November 28, 2005.

Dated: November 21, 2005　　　　Respectfully submitted,

　　　　/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

　　　　/s/_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

　　　　/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Motion For Extension of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**PHILANDER BUTLER**
**#16665-076**
**U.S.P.- Pollock**
**Pollock, LA 71467**

on this 21st day of November, 2005.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building, 10th Floor
Civil Division
555 4th Street, NW
Washington, D.C. 20530