UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILANDER BUTLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.:  05-1798 (JDB) |
| ) | |
| **DRUG ENFORCEMENT ADMINISTRATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This matter having come before the Court on Defendant's, Drug Enforcement Administration (DEA), Motion to Dismiss, Or In The Alternative, For Summary Judgment, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion _____ is hereby GRANTED; and it is

FURTHER ORDERED that plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
United States District Judge