UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILANDER BUTLER,**        )<br>                                              )<br>        **Plaintiffs,**              )<br>                                              )<br>        v.                                    )         Civil Action No.:  05-1798 (JDB)<br>                                              )<br>**DRUG ENFORCEMENT ADMINISTRATION,** )<br>                                              )<br>        **Defendants.**             )<br>                                              ) | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, identified in the Complaint as the Drug Enforcement Administration, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply in the above-captioned case. Defendant requests that the deadline for responding be extended thirty-one days, from December 30, 2005, to January 31, 2006. This is Defendant's first request for an enlargement of time to reply, and no scheduling order has been entered. Because plaintiff, *pro se*, Philander Butler, is a federal prisoner, counsel for Defendant did not attempt to contact him concerning his position on this motion.[1] The grounds for this motion are set forth below.

This extension of time is needed for counsel for Defendant to coordinate with agency counsel and complete Defendant's response to Plaintiffs' lengthy opposition and extensive

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

exhibits. Counsel for Defendant did not receive Plaintiff's opposition until December 22, 2005, just before the Christmas holiday. See Docket Entry No. 12. In addition, counsel has been assigned to handle all emergency matters which arise during the week after Christmas. Therefore, counsel for Defendant has not yet been able to coordinate with agency counsel the preparation of Defendant's response. Additionally, due to counsel's other cases in an active docket, including several motions for summary judgment due in the next few weeks (Grecco v. DOJ, 97-419 (JR), Taylor v. U.S. Probation Office, 03-2134 (EGS)), More v. Snow, 99-3373 (EGS), a seven-plaintiff employment discrimination case, and several upcoming deadlines in the Court of Appeals (Menkes v. Dept. Homeland Security, 05- 5382 and Hammond v. Chao, 05-5384), counsel now needs the additional time requested.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for replying be extended to January 31, 2006.

Dated: December 29, 2005          Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Extension of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> **PHILANDER BUTLER**
> **#16665-076**
> **U.S.P.- Pollock**
> **Pollock, LA 71467**

on this 29th day of December, 2005.

---

MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530