UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILANDER BUTLER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.:  05-1798 (JDB) |
| ) | |
| **DRUG ENFORCEMENT ADMINISTRATION,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION of the defendant's motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2005,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including January 31, 2006 to reply.

_____
UNITED STATES DISTRICT JUDGE