UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILANDER BUTLER,**<br><br>　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**DRUG ENFORCEMENT ADMINISTRATION,**<br><br>　　　　**Defendant.** | Civil Action No.  05-1798 (JDB) |

### ORDER

　　　　In accordance with the Memorandum Opinion issued this 16th day of February, 2006, it is hereby

　　　　**ORDERED** that defendant's motion for summary judgment [Dkt.# 10] is **GRANTED**; it is

　　　　**FURTHER ORDERED** that judgment is entered in favor of defendant.

　　　　This is a final appealable order.  *See* Fed. R. App. P. 4(a).


　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge