

UNITED STATES DISTRICT COURT FOR
DISTRICT OF COLUMBIA

PHILANDER BUTLER,
    Plaintiff,

v.                            Civil Action No. 05-1798
(JDB)
                                        (JDB)

DRUG ENFORCEMENT
ADMINISTRATION,
    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Philander Butler (Plaintiff) in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit (from the final judgment) entered in this action on the 16th day of February, 2006.

Dated:

February 27, 2006

                                                                     _Philander Butler_
                                                                     Philander Butler Pro-Se
                                                                     U.S.P. Pollock
                                                                     P.O. Box 2099
                                                                   Pollock, LA. 71467