# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-5084                                                    September Term, 2005

05cv01798



Philander Butler,
    Appellant

v.

Drug Enforcement Administration,
    Appellee

**BEFORE:**   Sentelle, Brown, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for appointment of counsel; and the motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated any likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court's grant of summary judgment was appropriate, as appellee properly withheld the requested third-party law enforcement records (assuming such records exist) pursuant to Exemption 7(C) of the Freedom of Information Act, 5 U.S.C. § 552(b)(7)(C). Appellant has not produced evidence sufficient to establish a public interest in disclosure of the records. See National Archives and Records Admin. v. Favish, 541 U.S. 157, 174 (2004) ("more than a bare suspicion" is required to overcome third-party privacy interest in nondisclosure of law-enforcement records; "the requester must produce evidence that would warrant a belief by a reasonable person that the alleged Government impropriety might have occurred"). Accordingly, the court "need not consider" whether appellee "erred . . . by refusing to confirm or deny the existence of the records. Right or wrong, that refusal deprives [appellant] of nothing to which he is entitled." Oguaju v. United States, 288 F.3d 448, 451 (D.C. Cir. 2002), vacated and remanded, 541 U.S. 970, judgment reinstated, 378 F.3d 1115 (D.C. Cir.), amended, 386 F.3d 273 (D.C. Cir. 2004).

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5084                                    September Term, 2005

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

*[signatures]*

RECEIVED
OCT 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT